IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**THOMAS RODGERS,**
  **Plaintiff,**

vs.             Case No. 3:08cv558/MD

**WILSON'S TRUCKING,**
  **Defendant.**
_____

**O R D E R**

  This cause is before the court upon referral from the clerk.  Plaintiff initiated this action on December 23, 2008 by filing a complaint under Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17.  (Doc. 1). On February 20, 2009 a consent to magistrate jurisdiction was filed. (Doc. 8).  On March 2, 2009, the District Judge entered an order referring the case to the undersigned to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73. (Doc. 10).  Since that date, there has been no activity in this case.

  Local Rule 41.1 provides:

> Whenever it appears that no activity by filing of pleadings, orders of the court or otherwise has occurred for a period of more than ninety (90) days in any civil action, the court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed. If no satisfactory cause is shown, the case may then be dismissed by the court for want of prosecution.

N.D. Fla. Loc. R. 41.1(A).

  Accordingly, it is ORDERED:

  Within **twenty (20) days** of the date of this order, plaintiff shall show cause why this case should not be dismissed for want of prosecution.

  DONE AND ORDERED this 29th day of June, 2009.

              /s/ *Miles Davis*
              **MILES DAVIS**
              **UNITED STATES MAGISTRATE JUDGE**