**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**THOMAS RODGERS,**
    **Plaintiff,**

**vs.**                                  **Case No. 3:08cv558/MD**

**WILSON'S TRUCKING,**
    **Defendant.**

_____

**ORDER**

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on December 23, 2008 by filing a complaint under Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17. (Doc. 1). The parties filed a consent to magistrate jurisdiction, (doc. 8), and on March 2, 2009, District Judge Rodgers entered an order referring the case to the undersigned to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73. (Doc. 10).

Following Judge Rodgers' order, no activity occurred for a period of more than ninety days. Accordingly, pursuant to Northern District of Florida Local Rule 41.1(A), the court entered an order on June 29, 2009, requiring plaintiff to show cause within twenty days why this case should not be dismissed for want of prosecution.[1] The twenty-day deadline has passed, and plaintiff has not responded

---

[1] **Local Rule 41.1 provides:**

Whenever it appears that no activity by filing of pleadings, orders of the court or otherwise has occurred for a period of more than ninety (90) days in any civil action, the court may, on motion of any party or on its own motion, enter an order to show

to the show cause order.

Accordingly, it is ORDERED:

This case is DISMISSED WITHOUT PREJUDICE for want of prosecution, and the clerk is directed to close the file.

DONE AND ORDERED this 5th day of August, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

cause why the case should not be dismissed. If no satisfactory cause is shown, the case may then be dismissed by the court for want of prosecution.

**N.D. Fla. Loc. R. 41.1(A).**

*Case No: 3:08cv558/MD*